## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LINDA E. ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-08-96-F |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On November 6, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that the final decision of the Commissioner of the Social Security Administration denying plaintiff, Linda E. Ross' application for disability insurance benefits be affirmed. Magistrate Judge Argo advised the parties of their right to file an objection to the Report and Recommendation by November 26, 2008, in accordance with 28 U.S.C. § 636 and Local Civil Rule 72.1.

To date, neither party has filed an objection to the Report and Recommendation, and neither party has requested an extension of time to file an objection. With no objection being filed within the time specified by Magistrate Judge Argo and having reviewed the Report and Recommendation as well as the record, the court concludes that the Report and Recommendation should be accepted, adopted and affirmed in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Doyle W. Argo on November 6, 2008 (doc. no. 17) is **ACCEPTED**,

**ADOPTED** and **AFFIRMED**.  The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, is **AFFIRMED**.

DATED December 2, 2008.

_____

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0096p002(pub).wpd